**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01762-BNB

MICAH JAMES BLACKFEATHER,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion (ECF No. 6) is GRANTED to the extent he requests blank copies of court-approved forms and DENIED without prejudice in all other respects. The clerk of the court is directed to mail to Applicant, together with a copy of this minute order, blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Applicant's motions seeking appointment of counsel (ECF Nos. 3 & 4) are DENIED as premature.

Dated:  July 1, 2014