**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01762-LTB

MICAH JAMES BLACKFEATHER,

      Applicant,

v.

BOULDER COUNTY JAIL,
BOULDER COUNTY COURTS,
BOULDER COUNTY SHERIFF'S DEPT.,
COLORADO MENTAL HEALTH INSTITUTE PUEBLO, and
WILLIAM J. MAY,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Applicant's motion (ECF No. 26) filed July 28, 2014, is DENIED as moot because the instant action was dismissed by order filed July 25, 2014.

Dated:  July 29, 2014